**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| NANCY KELLER, | : No. 24 WAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| WORKER'S COMPENSATION APPEAL | : |
| BOARD (UPMC PRESBYTERIAN | : |
| SHADYSIDE), | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 11th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.